1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,        ) | No.  1:15-cv-00030-MCE-SMS |
|               Plaintiff,       ) | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
|     vs.                             ) | |
| ROGER F. BONK, et al.,  ) | |
|               Defendants.    ) | |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Roger F. Bonk and Pool Kingdom, Inc., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: June 24, 2015                    MOORE LAW FIRM, P.C.

                                       /s/ Tanya E. Moore
                                       Tanya E. Moore
                                       Attorney for Plaintiff
                                       Jose Escobedo

Date: June 24, 2015                    THE REICH LAW FIRM

                                       /s/ Jeff Reich
                                       Jeff Reich
                                       Shane Reich
                                       Attorneys for Defendants,
                                       Roger F. Bonk; Pool Kingdom, Inc.

**ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated:  June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT